UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LESTER BELL, #476602,<br>　　　　　　　　Plaintiff, | )<br>)<br>)　No. 1:19-cv-233 |
| -v- | )<br>)　Honorable Paul L. Maloney |
| STATE OF MICHIGAN, *et al.*,<br>　　　　　　　　Defendants. | )<br>)<br>) |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　October 7, 2022　　　　　　　　　　/s/  Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　United States District Judge