## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 01/20/2023.

**Case Name:**   Lester Bell v. MI, et al
**Case Number:**   22-1962

**Docket Text:**
ORDER filed denying motion to reconsider previous order [6933143-2] filed by Lester Bell.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Lester Bell
Saginaw Correctional Facility
9625 Pierce Road
Freeland, MI 48623

**A copy of this notice will be issued to:**

Mr. Gregory E. Crouch
Ms. Ann E. Filkins

No. 22-1962

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 20, 2023
DEBORAH S. HUNT, Clerk

LESTER BELL,                             )
                                         )
            Plaintiff-Appellant,         )
                                         )
v.                                       )          O R D E R
                                         )
STATE OF MICHIGAN, et al.,               )
                                         )
            Defendants-Appellees.        )


The plaintiff, proceeding pro se, appeals the district court's grant of summary judgment

for defendants in this prisoner civil rights action.  The clerk previously dismissed this appeal for

want of prosecution after the plaintiff failed to pay the $505 appellate filing fee or move the

district court for leave to proceed on appeal in forma pauperis.  The plaintiff now moves for

reconsideration of the order of dismissal.

The record does not reflect either payment of the filing fee or the filing of a motion for

leave to proceed on appeal as a pauper.  Accordingly, the plaintiff has not cured the deficiency

that led to dismissal, and reconsideration is not appropriate.  The motion to reconsider is

**DENIED**.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk