Case No. 22-1962

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

LESTER BELL

    Plaintiff - Appellant

v.

STATE OF MICHIGAN; INSPECTOR DALE BONN; SERGEANT MARIO CUNNINGHAM; SERGEANT JACKSON; CORRECTIONAL OFFICER BROWN; D. WILSON, correctional officer; UNKNOWN SKIPPER; UNKNOWN HENRY; UNKNOWN PARTY, named as Captain John Doe; UNKNOWN MILLER; INSPECTOR SIMMONS; SERGEANT STURN; SERGEANT WISE; SERGEANT SISSELL; SERGEANT JOYIT; SERGEANT BREELOVE; CORRECTIONAL OFFICER FOLTZ; CORRECTIONAL OFFICER GAUDIO; CORRECTIONAL OFFICER KELLY; CORRECTIONAL OFFICER CHANEY; UNKNOWN SMITH, ARUS; ASSISTANT RESIDENT UNIT SUPERVISOR FRIAS; ASSISTANT RESIDENT UNIT SUPERVISOR PITTMAN

    Defendants - Appellees

Upon consideration of the appellant's motion to reinstate the case,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 02, 2023

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/02/2023.

**Case Name:** Lester Bell v. MI, et al
**Case Number:** 22-1962

**Docket Text:**
ORDER filed to reinstate case.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Lester Bell
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI 49201

**A copy of this notice will be issued to:**

Mr. Gregory E. Crouch
Ms. Ann E. Filkins